**Troy L. FENTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66554.**

Missouri Court of Appeals,
Western District.

March 13, 2007.

Andrew A. Schroeder, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before: ULRICH, P.J.,
LOWENSTEIN and SMART, JJ.

*ORDER*

PER CURIAM.

Troy Fenton appeals the denial of his Rule 29.15 motion after an evidentiary hearing. Fenton was found guilty after a jury trial of one count of escape from

confinement, Section 575.210. Fenton alleged that he received ineffective assistance of counsel when his trial counsel failed to object to a State's question during voir dire. This court has reviewed the briefs of the parties and the record on appeal and finds no error of law. A written opinion reciting the facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgment is affirmed. Rule 84.16(b).